## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WILLIE GRAYEYES** | : | |
| **7902 S 46th Lane** | : | |
| **Laveen, AZ 85339** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO.: 1:25-cv-1083** |
| | : | |
| | : | |
| **WASHINGTON METROPOLITAN** | : | |
| **AREA TRANSIT AUTHORITY** | : | |
| **300 Seventh St., S.W.** | : | |
| **Washington, DC 20024** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF REMOVAL BY DEFENDANT
### WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY("WMATA")

To the Judges of the United States District Court for the District of Columbia:

1. On or about January 14, 2025, Plaintiff filed a lawsuit against WMATA in the Superior Court of the District of Columbia under Case No. 2025-CAB-000216.

2. WMATA received notice of the action on April 3, 2025.

3. The Complaint, Civil Information Sheet, Writ of Summons, and Initial Order are attached as Exhibit A.   These documents constitute the only process, pleadings, or orders received by WMATA.

4. This is a civil action over which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.10(81), which provides:

The United States District Courts shall have original jurisdiction, concurrent with the

1

Courts of Maryland, Virginia and the District of Columbia of all actions brought by or against

the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a

State or District of Columbia Court shall be removable to the appropriate United States District

Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

      WHEREFORE, WMATA requests that this entire action, now pending in the Superior

Court of the District of Columbia, be removed to this Court.

            Respectfully submitted,

            WASHINGTON METROPOLITAN AREA
            TRANSIT AUTHORITY
            By Counsel:

            __*/s/ Neal M. Janey, Jr.*_____
            Neal M. Janey, Jr.
            *Bar No.: 995449*
            Senior Counsel II
            WMATA Legal Department
            300 Seventh Street, S.W., Room 712-04 East
            Washington, D.C.   20024
            (202) 627-4540 telephone
            (202) 962-2550 facsimile
            E-mail:   nmjaney@wmata.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was forwarded to the following people via

First Class U.S. Mail, email and/or the court's electronic filing system this 10th day of April

2025:

Laritta Oligie, Esquire
**Malloy Law Offices, LLC**
7910 Woodmont Avenue, Suite 1250
Bethesda, Maryland 20814
Email: laritta@malloy-law.com

*/s/    Neal M. Janey, Jr.*_____
Neal M. Janey, Jr.

3